**564** HUSHIN vs. CIRCUIT JUDGE (St. Clair), No. 13968½.

To compel vacation of order requiring plaintiff to file security for costs in a negligence case.

Order to show cause denied January 16, 1894.

**565** RABIDON vs. CIRCUIT JUDGE (Muskegon), No. 16049½.

To vacate an order requiring the plaintiff, after a verdict in his favor, and after defendant had given a bond to stay proceedings and upon the hearing of a motion for a new trial made by defendant, to give security for costs in the sum of $250.

Order to show cause denied February 11, 1897.

**566** HORN vs. CIRCUIT JUDGE (Wayne), 39 M., 15.

To require respondent to vacate an order of court requiring relator to give security in addition to what he had previously given and which was accepted under sanction of the clerk, in certain proceedings taken under the watercraft law, being Chap. 210, of the Comp. L.

Granted June 11, 1878.

**567** RABIDON vs. CIRCUIT JUDGE (Muskegon), No. 15648; 68 N. W., 147; 3 D. L. N., 362.

To compel respondent to set aside an order directing relator to give security for costs, in a suit in which he appeared as next friend to an infant plaintiff, where it appeared that the next friend was wholly irresponsible financially.

Granted July 21, 1896, with costs against defendant, on the ground that the statute, How. Sec. 8124, does not contemplate that the person appointed shall be financially able to pay costs but that he shall be liable to respond.